<u>REQUEST FOR COURT ACTION/DIRECTION</u>

**08CRIM 296**

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Docket Clerk | OFFENSE: <u>CONSPIRACY TO MANUFACTURE, POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE N-BENZYLPIPERAZINE (21 usc 846) A CLASS C FELONY.</u> |
| | | ORIGINAL SENTENCE: <u>(21) MONTHS IMPRISONMENT; THREE (3) YEARS OF SUPERVISED RELEASE</u> |
| FROM: | Kyle Crayton<br>Sr. U.S. Probation Officer | SPEC. CONDITIONS:  <u>Participate in a program of testing for drug and alcohol abuse, Shall complete 200 hours of Community Service, Shall provide the probation officer with access to any requested financial information, shall not incur new credit charges or open additional lines of credit.</u> |
| | | AUSA: To be Determined |
| RE: | SEAN RUSS<br>Docket # <u>2:03CR00047-8</u> | |

DATE OF SENTENCE:   03/07/2005

DATE:   March 27, 2008

ATTACHMENTS:   PSI____   JUDGMENT <u>X</u>   PREVIOUS REPORTS____
                               VIOLATION____   PETITION____

REQUEST FOR:   WARRANT____   SUMMON____   COURT DIRECTION____

---

### ASSIGNMENT FOR TRANSFER OF JURISDICTION

On March 7, 2005, the above-mentioned individual was sentenced as outlined above in the Southern District of Georgia, by the Honorable Anthony A. Alaimo, U.S. District Judge.

On March 18, 2008, we received a letter from the Southern District of Georgia, advising that the Honorable Anthony A. Alaimo, U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Russ' transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

RUSS, SEAN                                     - 2 -                                     52269/KDC

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                    Respectfully submitted,

                    Chris J. Stanton
                    Chief U.S. Probation Officer

By: _____
                    Kyle Crayton
                    Sr. U.S. Probation Officer
                    212-805-5154

Approved By: _____   3/27/08
              Enid Febus                           Date:
              Supervising U.S. Probation Officer
              (212) 805 - 5074