

APR 28 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

P52269

**TO:**  Honorable Richard M. Berman
U.S. District Court Judge

**FROM:**  Enid Febus
Supervising U.S. Probation Officer

Re: Russ, Sean
Docket No.:1:08-CR-~~1281~~ 296 (RMB)-1

Enclosed is a matter from the U.S. Probation Office requesting consideration and/or review by Your Honor. Please direct your response (if applicable) along with any attachments to our office at 233 Broadway, 15th floor, so that we may take appropriate action.

Respectfully submitted,

Enid Febus
Supervising U.S. Probation Officer

Prepared By: Kyle D. Crayton

Kyle D. Crayton
U.S. Probation Officer
212-805-5154

DATE: April 28, 2008

MICROFILMED MAY - 5 2008 -3 00 PM

NY 201
Rev.6/04

# United States District Court

## for the

## Southern District of New York

## Report on Offender Under Supervision

Name of Offender: Russ, Sean                     Docket Number: 1: 08-CR-00296-(RMB)-1

Name of Sentencing Judicial Officer:    Honorable Richard M. Berman, U.S. District Judge

Date of Original Sentence:    March 7, 2005

Original Offense:   Conspiracy to Manufacture, Possess with Intent to Distribute and to Distribute N-Benzylpiperazine; in violation of 21 U.S.C. 846. A Class C Felony.

**(Originally sentenced in the Southern District of Georgia by the Honorable Anthony A. Alaimo. Jurisdiction accepted in the Southern District of New York and assigned to Your Honor on April 8, 2008.)**

Original Sentence:   Twenty-one (21) months imprisonment, followed by three (3) years supervised release. Drug aftercare condition, 200 hours community service, financial disclosure, $5,000 fine.

Type of Supervision:   Supervised Release        Date Supervision Commenced:   September 15, 2006

## NON-COMPLIANCE SUMMARY/NOTICE OF ARREST

The offender has not complied with the following condition(s) of supervision:

<u>Nature of Non-compliance</u>

**ON FEBRUARY 29, 2008, IN THE BRONX COUNTY, RUSS WAS CONVICTED OF THE CHARGE DISORDERLY CONDUCT, IN VIOLATION OF NEW YORK STATE PENAL LAW CODE 240.20, AND WAS SENTENCED TO A CONDITIONAL DISCHARGE, A $95 SURCHARGE, AND A $250 FINE WAS IMPOSED. MANDATED CONDITION. GRADE C VIOLATION.**

<u>U.S. Probation Officer Action:</u>

On February 29, 2008, the undersigned received a notice of arrest. Russ was charged with Criminal Possession of Stolen Property. According tho the criminal complaint filed in the Bronx Criminal Court, on the above mentioned date, Russ was seated behind the steering wheel and operating a White Ford Taurus, with New York state License number BGC7467. The police later determined that the legal owner of the New York State License Plate was Rene Sanchez. Sanchez did not give Russ permission or authority to take, remove or exercise control of the license plate.

Russ reported the arrest to the undersigned as required. He informed that on February 29, 2008, while

on his way home from work, he was stopped by NYPD in front of his building. He was driving a car that he bought from his boss, but did not change the license plates on the car. An NYPD vehicle check revealed that the plates belonged to a stolen vehicle. Russ was able to provide paperwork verifying the legal purchase of the vehicle in September 2007, however, he never registered the vehicle in his name and changed the license plates. Russ realized that he made an error in judgment, and will make every effort to rectify the situation.

On April 28, 2008, Russ appeared in court and pled guilty to Disorderly Conduct, a violation of the law. He was also ordered to pay a $95 surcharge and pay a $250 fine.

## SUMMARY OF COMPLIANCE WITH SUPERVISION CONDITIONS

Sean Russ was originally supervised in the Eastern District of New York However due to his change of residence, his case was transferred to this district. Despite the above conviction, Russ has been making a satisfactory adjustment to supervision. He has a stable residence, is gainfully employed as a Tow Truck Driver, and reports as required. All urinalysis specimens collected to date have been returned negative for illicit drug use. He has completed the Court ordered community service, and pays $210 monthly toward the court ordered fine.

We respectfully request that no Court action be taken at this time.

Respectfully submitted,

by _____

Kyle D. Crayton
Senior U.S. Probation Officer
(212) 805-5154

Approved By:

_____ 4/29/08
Enid Febus           Date
Supervising U.S. Probation Officer



Russ, Sean
Docket No. 1:8-00296-(RMB)-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

*Judicial Response*

[ ]   Court approves U.S. Probation Officer's recommendation

or

THE COURT ORDERS:

[✓]   The Issuance of a Summons
      The Offender is directed to appear as follows:

      Date: 5-21-08
      Time: 12:45 p.m.
      Place: 500 Pearl Street, Courtroom 21D

[ ]   The Issuance of a Warrant
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[✓]   Other  Probation to notify all parties



*Richard M. Berman*
Signature of Judicial Officer

4-30-08
Date

(Rev. eVOP 3/10/05)