**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Government,                    08 CR. 296 (RMB)

         -against-                                     **ORDER**

SEAN RUSS,
                              Defendant(s).
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

      Effective May 21, 2008, C.J.A. attorney Martin Geduldig is appointed as counsel for the Defendant.

Dated: New York, New York
       May 21, 2008

                                                          Hon. Richard M. Berman, U.S.D.J.